# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 11, 2024

Mr. Philip Devlin  
Western District of Texas, Midland  
United States District Court  
200 E. Wall Street  
Room 222  
Midland, TX 79701-0000

  No. 24-50493  Amanico v. Lumpkin  
         USDC No. 7:23-CV-202

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

       Sincerely,

       LYLE W. CAYCE, Clerk

       *Mary Frances Yeager*

       By: _____  
       Mary Frances Yeager, Deputy Clerk  
       504-310-7686

cc: Mr. Pedro Castelo Amanico  
   Mr. Edward Larry Marshall  
   Ms. Justine Isabelle Caedo Tan

United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 19, 2024
Lyle W. Cayce
Clerk

No. 24-50493
_____

Pedro Castelo Amanico,

*Petitioner—Appellant,*

*versus*

Bobby Lumpkin, *Director,*
*Texas Department of Criminal Justice, Correctional Institutions Division,*

*Respondent—Appellee.*

_____

Application for Certificate of Appealability
The United States District Court
for the Western District of Texas
USDC No. 7:23-CV-202

_____

ORDER:

Pedro Amanico, Texas prisoner #02272809, was convicted of possession of cocaine with intent to deliver, enhanced by two prior felonies, and the state trial court sentenced him to 99 years of imprisonment. Amanico moves for a certificate of appealability ("COA") from the denial and dismissal with prejudice, as time-barred, of his 28 U.S.C. § 2254 application. He contends that he was entitled to tolling of limitations because he lacked access to his legal papers and a law library as a result of his transfers among various medical units. Amanico also moves for appointment of counsel.

No. 24-50493

To obtain a COA, Amanico must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Because the district court dismissed the § 2254 application on the procedural ground of untimeliness, Amanico must show "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Amanico has not made the requisite showing. *See Holland v. Florida*, 560 U.S. 631, 645, 649 (2010); *Slack*, 529 U.S. at 484. His motion for a COA is therefore DENIED. His motion for appointment of counsel is likewise DENIED.

_____
JERRY E. SMITH
United States Circuit Judge

Certified as a true copy and issued
as the mandate on **Dec 11, 2024**

Attest:
*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

2